# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1606.  CHRISTOPHER  BRYANT  DELGESSO  v.  ELISABETH DELGESSO.

Christopher Bryant Delgesso pled guilty to federal possession of child pornography charges, and he is currently in prison. Delgesso and his wife subsequently divorced, and the wife petitioned for termination of Delgesso's parental rights to their two children. The juvenile court entered an order terminating Delgesso's parental rights, and Delgesso filed this appeal. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (12), appeals from orders terminating parental rights must be made by filing an application for discretionary review.  See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). In addition, under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997). "The termination of parental rights is a civil matter." *In the Interest of B. R. F*, 299 Ga. 294, 297 (788 SE2d 416) (2016).

Because Delgesso did not comply with discretionary appeal procedures, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/07/2020__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*